UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JAMIE VINSON STONE, ) </br> ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> KILOLO KIJAKAZI, ) </br> *Acting Commissioner of Social Security,* ) </br> ) </br> Defendant. ) | **JUDGMENT** </br></br> No. 2:20-CV-78-BM |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on defendant's consent motion to remand.**

**IT IS ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.**

<u>This Judgment Filed and Entered on February 7, 2022 with service on:</u>
Russell R. Bowling (via CM/ECF Notice of Electronic Filing)
Amanda Gilman (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

<u>/s/ Bobbie R. Horton</u>
(By): Bobbie R. Horton, Deputy Clerk