UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JAIME STONE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 2:20-CV-78-BM |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the stipulation (D.E. 30) between plaintiff Jaime Stone ("plaintiff") and defendant Commissioner of Social Security ("Commissioner") regarding plaintiff's recovery of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).**

**IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner shall pay $5,284.50 in attorney's fees associated with this case in full satisfaction of any and all claims arising under EAJA. Plaintiff shall be reimbursed for the filing fee of $400.00 from the Treasury Judgment Fund. Provided that the award to plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to plaintiff's counsel, Russell R. Bowling, and mailed to him at the following address pursuant to plaintiff's assignment [DE28-7] to his attorney of his right to payment of attorney's fees under the EAJA: Russell R. Bowling, 77 West Main Street, Franklin, North Carolina 28734. If the award is subject to the Program, the balance shall be mailed to Attorney Bowling at the above address and the check made payable to him if allowed by the Program.**

This Judgment Filed and Entered on June 23, 2022 with service on:

Russell R. Bowling (via CM/ECF Notice of Electronic Filing)

Amanda B. Gilman (Via CM/ECF Notice of Electronic Filing)

Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk