UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JAMIE VINSON STONE, )<br>)<br>    Plaintiff )<br>)<br>)<br>)<br>v. )<br>)<br>LELAND C. DUDEK, )<br>Acting Commissioner of Social Security, )<br>)<br>    Defendant. ) | **JUDGMENT**<br><br>No. 2:20-CV-78-BM |

Decision by Court.

This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the motion by plaintiff's counsel for attorneys' fees pursuant to 42 U.S.C. § 406(b) ("Section 406(b)").

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Counsel for plaintiff's motion [DE-33] for approval of attorney's fees is ALLOWED in the full amount requested of $14,116.50. The Commissioner shall release to plaintiff's counsel the amount withheld from plaintiff's past-due benefits, that is, $14,116.50. Upon receipt of the § 406(b) fees, plaintiff's counsel shall refund to plaintiff the sum of $5,284.50 in attorney's fees representing the attorney's fees that counsel received pursuant to the EAJA.

This Judgment Filed and Entered on April 15, 2025 with service on:
Russell R. Bowling (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)
Amanda B. Gilman (Via CM/ECF Notice of Filing)

                                                PETER A. MOORE, JR., CLERK


                                                /s/ Bobbie R. Horton
                                                (By): Bobbie R. Horton, Deputy Clerk